UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MAURICIO PENATE,<br><br>Plaintiff,<br><br>v.<br><br>MARIE JOY CAYANAN MANNO, et al.,<br><br>Defendants. | No. 2:21-cv-0942 DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion to proceed in forma pauperis on May 24, 2021. (ECF No. 2.) However, plaintiff's application to proceed in forma pauperis is missing the second page. (See ECF No. 2.)

Plaintiff has not paid the required filing fee of $350.00 plus the $52.00 administrative fee nor has he filed a complete application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff will be granted thirty days to pay the filing fee in full or submit a properly completed application to proceed in forma pauperis. Should plaintiff file a new application to proceed in forma pauperis, he must include all pages.

Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, either the $350.00 filing fee plus the $52.00 administrative fee or a properly completed application to proceed in forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in dismissal of this action without prejudice; and

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

Dated: June 1, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:1
DB:14/Orders/Prisoner/Civil_Rights/R/pena0942.3a

2