UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MAURICIO PENATE,<br><br>Plaintiff,<br><br>v.<br><br>MARIE JOY CAYANAN MANNO, et al.,<br><br>Defendants. | No.  2:21-cv-0942 JAM DB P<br><br><br><br>ORDER |

Plaintiff is a state inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Defendant has requested an extension of time to determine whether or not to file a motion to opt-out of ADR.  (ECF No. 23.)  Defendant requests this extension to complete an investigation into plaintiff claims and evaluate viable defenses.  (Id.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's motion for an extension of time (ECF No. 23) is granted; and

2. Defendant may file a motion to opt-out of ADR up to and including May 24, 2022.

DATED: April 20, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/pena0942.36.optout